461 A.2d 888

Family Vill. Incorp. v. Albert, et al., Appellants.

 Argued November 16, 1982. Robert L. Seigle, for appellants; William M. Shields, for appellee.

* PRICE, J. did not participate in the consideration or decision of this case.

640

Before BROSKY, McEWEN and WATKINS, JJ.
Order affirmed.